ALFREDO SALMAGGI, Respondent, v. LEGA MUSICALE ITALIANA, INC.,

and Another, Appellants.— Motion granted, and time to answer extended until ten days after decision of the appeal. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.